# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 13 |
| | § | |
| Osama Ali Sabra, | § | Case No.: 19-60493-SMS |
| Debtor. | § | |
| _____ | § | |

## AMENDMENTS TO DEBTOR'S STATEMENTS AND SCHEDULES

COMES NOW, Osama Ali Sabra (the "Debtor"), by and through his undersigned counsel of record, and makes and files these amendments to her Statements and Schedules previously filed herein, showing the Court as follows:

1. Schedules I/J are amended to properly reflect Debtor's current income and budget.

2. Amended Summary of Schedules as attached.

WHEREFORE, Debtor prays that these Amendments be incorporated into the Statements and Schedules previously filed herein and that the Court grants such further relief as is deemed necessary and proper.

Respectfully submitted,

*HAIT & KUHN*

By: __/s/_____
Alexander Gray Hait
GA Bar No. 316359
Attorney for the Debtors
185 Stockwood Drive
Suite 100
Woodstock, Georgia 30188
770-517-0045

## VERIFICATION

I, Osama Ali Sabra, do verify, under penalty of perjury, that the information contained in the foregoing documents prepared and filed with the Court are true and correct to the best of my knowledge.

September 26, 2019

__/s/_____
Osama Ali Sabra

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2019 I electronically filed the foregoing Amendments using the CM/ECF system, or through first class mail, which will provide notice to the following parties set forth below.

__/s/_____
Alexander Gray Hait

Mary Ida Townson
Chapter 13 Trustee
285 Peachtree Center Ave, NW
Suite 1600
Atlanta, GA 30303

Osama Ali Sabra
2555 Cashel Lane
Powder Springs, GA 30127

Office of the United States Trustee
75 Ted Turner Drive SW
Suite 362
Atlanta, GA 30303

And creditors on the attached matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 19-60493-sms<br>Northern District of Georgia<br>Atlanta<br>Thu Sep 26 14:49:19 EDT 2019 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Phyllis G. Collins<br>Smith, Schnatmeier, Dettmering,<br>Collins, Reeves, Hobson & Hobson, LLP<br>278 North Marietta Pkwy.<br>Marietta, GA 30060-1456 | Credit One Bank<br>P.O. Box 98875<br>Las Vegas, NV 89193-8875 | D & A Used Cars<br>4739 Augusta Road<br>Lexington, SC 29073-9197 |
| Delta Community CU<br>Hartsfield Airport<br>Atlanta, GA 30320 | (p)DELTA COMMUNITY CREDIT UNION<br>PO BOX 20541<br>ATLANTA GA 30320-2541 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Albert Clark Guthrie<br>Mary Ida Townson, Ch. 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1229 |
| HSBC Bank USA, National Association<br>c/o TIAA, FSB<br>301 West Bay Street<br>Jacksonville, Florida 32202-5184 | Alexander Gray Hait<br>Hait & Kuhn<br>Suite 100<br>185 Stockwood Drive<br>Woodstock, GA 30188-3889 | Internal Revenue Service<br>Centralizedd Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Khalil Nasrallah<br>4191 McCarty Road Apt 42<br>Saginaw, MI 48603-9322 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Cameron M. McCord<br>Jones & Walden, LLC<br>21 Eighth Street, NE<br>Atlanta, GA 30309-3909 |
| Merrick Bank/CardWorks<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Michelle  Sabra<br>Cameron M. McCord<br>21 Eighth St NE<br>Atlanta, GA 30309-3909 | Michelle Sabra<br>c/o O'Dell & O'Neal 506 Roswell Street S<br>Marietta, GA 30060-4100 |
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Tamara Miles Ogier<br>Ogier, Rothschild & Rosenfeld PC<br>P. O. Box 1547<br>Decatur, GA 30031-1547 | Osama Ali Sabra<br>2555 Cashel Lane<br>Powder Springs, GA 30127-1778 |
| Michelle Sabra<br>2909 Watchmans Walk<br>Marietta, GA 30064-1295 | K. Edward Safir<br>Mary Ida Townson<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1229 | Saleim Dabdoub<br>189 Cobb Parkway N B-10<br>Marietta, GA 30062-3514 |
| Sami Nashwan<br>c/o Charles I. Pollack, Esq.<br>Fryer, Shuster, Lester & Pollack, P<br>1050 Crown Pointe Parkway, Suite 410<br>Atlanta, GA 30338-7701 | Shami Nashwan<br>111 S Marietta Parkway<br>Marietta, GA 30067 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |

```
Wakefield & Associates              Wells Fargo Bank NA                 Wells Fargo Bank, N.A.
7005 Middlebrook Pike               PO Box 14517                        Wells Fargo Card Services
Knoxville, TN 37909-1156            Des Moines, IA 50306-3517           PO Box 10438, MAC F8235-02F
                                                                        Des Moines, IA 50306-0438
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One                         Delta Community Credit Union        Discover Financial
15000 Capital One Drive             P. O. Box 20541                     PO Box 15316
Richmond, VA 23238                  Atlanta, GA 30320-2541              Wilmington, DE 19850


Georgia Department of Revenue
Compliance Division
ARCS-Bankruptcy
1800 Century Blvd NE #9100
Atlanta, GA 30345-3202
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Osama Ali Sabra                  End of Label Matrix
2555 Cashel Lane                    Mailable recipients    32
Powder Springs, GA 30127-1778       Bypassed recipients     1
                                    Total                  33
```

Fill in this information to identify your case:

Debtor 1: **Osama** (First Name) **Ali** (Middle Name) **Sabra** (Last Name)

Debtor 2 (Spouse, if filing): _____ First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **Northern District of Georgia**

Case number (if known): **19-60493**

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____ MM / DD / YYYY

Official Form 106I
# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed ☐ Not Employed | ☐ Employed ☐ Not Employed |
| Occupation | Supervisor | |
| Employer's name | Hanger One Multifamily Inc | |
| Employer's address | 4279 Roswell Road NE Ste 208 # 145 | |
| | Atlanta, GA 30342 | |
| How long employed there? | 1 month | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | $3,923.33 | $0.00 |
| 3. Estimate and list monthly overtime pay. | + $0.00 | + $0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | $3,923.33 | $0.00 |

Official Form 106I  Schedule I: Your Income  page 1

| Debtor 1 | Osama | Ali | Sabra | Case number (if known) 19-60493 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here............→ | | 4. | $3,923.33 | $0.00 |
| 5. | List all payroll deductions: | | | | |
| | 5a. Tax, Medicare, and Social Security deductions | | 5a. | $713.88 | $0.00 |
| | 5b. Mandatory contributions for retirement plans | | 5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans | | 5c. | $0.00 | $0.00 |
| | 5d. Required repayments of retirement fund loans | | 5d. | $0.00 | $0.00 |
| | 5e. Insurance | | 5e. | $0.00 | $0.00 |
| | 5f. Domestic support obligations | | 5f. | $0.00 | $0.00 |
| | 5g. Union dues | | 5g. | $0.00 | $0.00 |
| | 5h. Other deductions. Specify: _____ | | 5h. + | $0.00 | + $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | | 6. | $713.88 | $0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | | 7. | $3,209.45 | $0.00 |
| 8. | List all other income regularly received: | | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | 8a. | $0.00 | $0.00 |
| | 8b. Interest and dividends | | 8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | 8c. | $0.00 | $0.00 |
| | 8d. Unemployment compensation | | 8d. | $0.00 | $0.00 |
| | 8e. Social Security | | 8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive | | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | | |
| | Specify: _____ | | 8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income | | 8g. | $0.00 | $0.00 |
| | 8h. Other monthly income. Specify: _____ | | 8h. + | $0.00 | + $0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | | 9. | $0.00 | $0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | | 10. | $3,209.45 + | $0.00 = $3,209.45 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____  11. +  $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies  12.  $3,209.45
Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

Official Form 106I  Schedule I: Your Income  page 2

| Debtor 1 | **Osama** | **Ali** | **Sabra** | Case number *(if known)* 19-60493 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### 1. Employment information for Debtor 1

| | |
|---|---|
| Occupation | Owner/Operator |
| Employer's name | Atlanta Auto Outlet LLC |
| Employer's address | 1111 S. Marietta Parkway |
| | Number Street |
| | |
| | Marietta, GA 30067 |
| | City                State     Zip Code |
| How long employed there? | 2 years |
| Occupation | Clerical Assistant |
| Employer's name | RMSV Inc |
| Employer's address | 1200 Franklin Gtwy SE |
| | Number Street |
| | |
| | Pompano Beach, FL 33067 |
| | City                State     Zip Code |
| How long employed there? | 1 month |

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Osama | Ali | Sabra | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | | Northern District of Georgia | | |
| Case number (if known) | 19-60493 | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   
   ☐ Yes. Does Debtor 2 live in a separate household?
   
     ☐ No
     
     ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**   ☐ No
   
   Do not list Debtor 1 and Debtor 2.    ☑ Yes. Fill out this information for each dependent.............
   
   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 2 months | ☐ No. ☑ Yes. |
| Child | 2 | ☐ No. ☑ Yes. |
| Child | 4 | ☐ No. ☑ Yes. |
| Child | 12 | ☑ No. ☐ Yes. |
| Child | 18 | ☑ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☑ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. _____ $2,400.00

   **If not included in line 4:**
   
   4a. Real estate taxes    4a. _____ $0.00
   
   4b. Property, homeowner's, or renter's insurance    4b. _____ $0.00
   
   4c. Home maintenance, repair, and upkeep expenses    4c. _____ $0.00
   
   4d. Homeowner's association or condominium dues    4d. _____ $0.00

Official Form 106J    Schedule J: Your Expenses    page 1

| Debtor 1 | **Osama** | **Ali** | **Sabra** | Case number *(if known)* 19-60493 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Your expenses**

5. **Additional mortgage payments for your residence,** such as home equity loans    5. _____

6. **Utilities:**
   - 6a. Electricity, heat, natural gas    6a. $300.00
   - 6b. Water, sewer, garbage collection    6b. $80.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $240.00
   - 6d. Other. Specify: _____    6d. $0.00

7. **Food and housekeeping supplies**    7. $800.00

8. **Childcare and children's education costs**    8. $0.00

9. **Clothing, laundry, and dry cleaning**    9. $100.00

10. **Personal care products and services**    10. $0.00

11. **Medical and dental expenses**    11. $0.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.    12. $0.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $0.00

14. **Charitable contributions and religious donations**    14. $0.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance    15a. $40.00
    - 15b. Health insurance    15b. $218.00
    - 15c. Vehicle insurance    15c. $0.00
    - 15d. Other insurance. Specify: _____    15d. $0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16. $0.00

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1    17a. _____
    - 17b. Car payments for Vehicle 2    17b. _____
    - 17c. Other. Specify: _____    17c. _____
    - 17d. Other. Specify: _____    17d. _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. $3,098.00

19. **Other payments you make to support others who do not live with you.**
    Specify: _____    19. $0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property    20a. $0.00
    - 20b. Real estate taxes    20b. $0.00
    - 20c. Property, homeowner's, or renter's insurance    20c. $0.00
    - 20d. Maintenance, repair, and upkeep expenses    20d. $0.00
    - 20e. Homeowner's association or condominium dues    20e. $0.00

Official Form 106J    Schedule J: Your Expenses    page 2

| Debtor 1 | **Osama** | **Ali** | **Sabra** | Case number *(if known)* 19-60493 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

21. **Other.** Specify: _____   21.   +   $0.00

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.   22a.   $7,276.00

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.   $0.00

   22c. Add line 22a and 22b. The result is your monthly expenses.   22c.   $7,276.00

23. **Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from *Schedule I*.   23a.   $3,209.45

   23b. Copy your monthly expenses from line 22c above.   23b.   −   $7,276.00

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income.*   23c.   ($4,066.55)

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.   None
   ☐ Yes.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Osama | Ali | Sabra |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number: 19-60493
(if known)

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*..................................................... $0.00
   1b. Copy line 62, Total personal property, from *Schedule A/B*........................................... $3,191.50
   1c. Copy line 63, Total of all property on *Schedule A/B*.................................................... $3,191.50

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... $185,190.58

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................... $69,971.74
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.................. + $126,237.00

   **Your total liabilities** $381,399.32

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................. $3,209.45

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*................................................... $7,276.00

Debtor 1  **Osama** / First Name   **Ali** / Middle Name   **Sabra** / Last Name     Case number *(if known)* 19-60493

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**
☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

**7. What kind of debt do you have?**
☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $0.00

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $69,971.74 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $69,971.74 |